**Motion Granted; Order filed December 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-00971-CV

_____

### CITY OF HOUSTON, Appellant

### V.

### SHAYN A. PROLER, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-30944**

## ORDER

This is an appeal from a judgment signed July 7, 2010. Appellant filed a notice of appeal on October 4, 2010.

On October 19, 2012, the Clerk of this Court issued mandate in accordance with its judgment to the clerk of the court below, Chris Daniels, District Clerk of Harris County, Texas.

On December 17, 2012, appellant filed a motion requesting that the mandate in this cause be recalled. The Court grants the motion to recall the mandate. Accordingly, the Court orders the mandate recalled from the District Clerk of Harris County, Texas.

Appellee's motion for rehearing is denied.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.